Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Appellant,

v.

Bradford F. ENGLANDER, Liquidating
Trustee under Liquidating Trust for
Dulles Network Associates, Inc., Ap-
pellee.

No. 01–1600.

United States Court of Appeals,
Federal Circuit.

May 23, 2002.

ORDER

The parties having so agreed, it is

**580**

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).